UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Brent Eaton Jones, II,           Case No. 13-57112
         Chapter 13
     Debtor          Hon. Walter Shapero

_____/

## JUDGMENT AGAINST SOVEREIGN LENDING SOLUTIONS, LLC D/B/A TITLE LOAN AMERICA

For the reasons stated in the contemporaneously entered Opinion, judgment is hereby entered in the amount of $59,900 against Sovereign Lending Solutions, LLC d/b/a Title Loan America. It is hereby further ordered that Debtor shall have all available remedies allowed by law for the collection of said judgment.

.

**Signed on December 12, 2013**

                         **/s/ Walter Shapero**
                         **Walter Shapero**
                         **United States Bankruptcy Judge**